**Order entered April 12, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00004-CV

**RIDGECREST HOLDINGS, LLC AND 400 SOUTH WALTON WALKER BOULEVARD, DALLAS, TEXAS, Appellants**

**V.**

**CITY OF DALLAS, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-12419**

## ORDER

Before the Court is appellee's unopposed motion for extension of time to file its brief.

We **GRANT** the motion and **ORDER** the brief received April 1, 2019 filed as of the date of this order.

/s/  KEN MOLBERG
    JUSTICE